DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WORLD RAINBOW PAINTING AND RESTORATION LLC,**
a Florida limited liability company,
Appellant,

v.

**GOLDEN HORN CONDOMINIUM ASSOCIATION, INC.,**
a Florida corporation,
Appellee.

No. 4D19-2014

[April 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE 18-026080.

Sean P. Sullivan of Becker & Poliakoff, P.A., Fort Lauderdale, for appellant.

Joseph M. Pustizzi of Law Office of Joseph Pustizzi, P.A., Hollywood, and David A. Levine of Levine Legal, P.A., Cooper City, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***